# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 17-00067-BRO (SPx) | Date | June 13, 2017 |
|---|---|---|---|
| Title | IMA JEAN HAGMANN V. NEW BRITAIN FINANCIAL SERVICE, LLC, ET AL. | | |

| Present: The Honorable | **BEVERLY REID O'CONNELL, United States District Judge** | |
|---|---|---|
| Renee A. Fisher | Not Present | N/A |
| Deputy Clerk | Court Reporter | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS)

## ORDER TO SHOW CAUSE RE:
## FAILURE TO COMPLY WITH LOCAL RULE 55-1

Pending before the Court is Plaintiff Ima Jean Hagmann's ("Plaintiff") Motion for Default Judgment. (Dkt. No. 14 (hereinafter, "Mot.").) Plaintiff filed her Motion on May 23, 2017, noticing a hearing date of June 26, 2017. (*See* Mot.) Central District of California Local Rule 55-1 states that:

> [w]hen application is made to the Court for a default judgment, the application *shall be accompanied by a declaration* in compliance with F.R.Civ.P. 55(b)(1) and/or (2) and include the following:
>
> (a) *When and against what party the default was entered*;
>
> (b) *The identification of the pleading to which default was entered*;
>
> (c) *Whether the defaulting party is an infant or incompetent person*, and if so, whether that person is represented by a general guardian, committee, conservator or other representative;
>
> (d) *That the Servicemembers Civil Relief Act* (50 U.S.C. App. § 521) *does not apply*; and[,]
>
> (e) *That notice has been served on the defaulting party, if required by* F.R.Civ.P. 55(b)(2).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | CV 17-00067-BRO (SPx) | Date | June 13, 2017 |
|---|---|---|---|
| Title | IMA JEAN HAGMANN V. NEW BRITAIN FINANCIAL SERVICE, LLC, ET AL. | | |

C.D. Cal. L.R. 55-1. The Court is unaware of any *declaration* that fully satisfies the requirements of Local Rule 55-1. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE** as to her failure to comply with Local Rule 55-1. Plaintiff's response to this Order is due no later than **Wednesday, June 14, 2017, by 5:00 p.m. Plaintiff may attach a declaration that satisfies Local Rule 55-1's requirements to the response**, if any.

**IT IS SO ORDERED.**

:

Initials of Preparer     rf