UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMA JEAN HAGMANN,<br>　　　　　　Plaintiff,<br>vs.<br>NEW BRITAIN FINANCIAL SERVICE, LLC, and DOES 1-10, Inclusive,<br>　　　　　　Defendants. | CASE NO. 5:17-CV-00067-BRO (SPX)<br><br>ASSIGNED TO THE HONORABLE BEVERLY REID O'CONNELL<br><br>JUDGMENT |

Pursuant to the Court's Orders filed June 21, 2017 (ECF 20) and July 27, 2017 (ECF 22):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Ima Jean Hagmann shall recover from Defendant New Britain Financial Service, LLC, the principal amount of $2,100.00, plus attorneys' fees of $410.00, costs of $590.00, and post-judgment interest as determined by 28 U.S.C. §1961 from the date of entry of the judgment herein for a total judgment of $4,100.00 (including interest).

**IT IS SO ORDERED.**

DATED: September 1, 2017

　　　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　　　DISTRICT JUDGE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT